**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Kyle D. Smith (SBN 280489)
ks@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STEPHAN MARANO, an individual, on behalf of himself, the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>LIBERTY MUTUAL GROUP, INC., a Massachusetts Corporation; and DOES 1 TO 50,<br><br>   Defendants. | Case Number: 8:20-cv-2215-CJC-ADS<br><br>**Plaintiff's Notice of Settlement and Request to Vacate All Current Deadlines**<br><br>Complaint Filed:   October 19, 2020<br>FAC Filed:         January 19, 2021<br>Trial Date:        November 15, 2022 |

---

1

PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENT DEADLINES

Plaintiff Stephen Marano ("Plaintiff") through his attorneys, hereby notifies the Court as follows:

1. After a productive exchange of information and a full-day mediation, Plaintiff and Defendant Liberty Mutual Group, Inc. (collectively, the "Parties"), through their counsel, have reached the broad terms of an agreement to resolve this matter on behalf of Plaintiff, the putative class members, and the aggrieved employees.

2. The Parties are currently engaged in finalizing the terms of a settlement agreement.

3. Plaintiff anticipates that the settlement agreement will be finalized and fully executed within the next 90 days.

4. In light of the foregoing, Plaintiff requests that all current hearings and deadlines be vacated while the Parties continue to finalize the terms of the anticipated settlement agreement.

Dated: February 9, 2022

**MELMED LAW GROUP P.C.**

_____
**KYLE D. SMITH**
Attorney for Plaintiff, the Putative Class, and the Aggrieved Employees