**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Kyle D. Smith (SBN 280489)
ks@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STEPHAN MARANO, an individual, on behalf of himself, the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL GROUP, INC., a Massachusetts Corporation; and DOES 1 TO 50,<br><br>　　Defendants. | Case Number: 8:20-cv-2215-CJC-ADS<br><br>**Joint Stipulation Regarding Order Conditionally Dismissing Case**<br><br>Complaint Filed:　October 19, 2020<br>FAC Filed:　　　　January 19, 2021 |

1  **SIDLEY AUSTIN LLP**
   Katherine A. Roberts (SBN 259486)
2  kate.roberts@sidley.com
   David R. Carpenter (SBN 230299)
3  drcarpenter@sidley.com
4  Beth Anne Scheel (SBN 202064)
   bscheel@sidley.com
5  Abigail Hudson (SBN 327632)
6  abigail.hudson@sidley.com
7  555 West Fifth Street
   Los Angeles, California 90013
8  Phone: (213) 896-6000
   Fax: (213) 896-6600
9
10 Attorneys for Defendant Liberty Mutual Group Inc.

# JOINT STIPULATION

Plaintiff Stephen Marano ("Plaintiff") and Defendant Liberty Mutual Group Inc., ("Defendant") (collectively, the "Parties") hereby stipulate through their attorneys of record as follows:

1. On October 21, 2020, Plaintiff filed this action against Defendant in the Superior Court of the State of California for the County of Orange, originally numbered 30-2020-01165807-CU-OE-CXC alleging several categories of wage and hour violations on behalf of himself, the State of California as a private attorney general, and on behalf of all others similarly situated.

2. On November 20, 2020, Defendant removed this action to the United States District Court, Central District of California.

3. On January 21, 2022, the Parties mediated this action with experienced wage and hour mediator David Phillips.

4. On February 9, 2022, Plaintiff submitted to the Court his Notice of Settlement (Dkt. No. 25). Plaintiff did *not* request dismissal of the case, nor could he have, as this case has settled on a class and representative basis, requiring the Court's approval under FRCP 23(e). Rather, Plaintiff requested that all current hearings and deadlines be vacated while the Parties continue to finalize the terms of the anticipated settlement agreement.

5. The Parties are in the process of finalizing a settlement agreement and will move for preliminary approval within 90 days, in accordance with the Notice of Settlement.

6. On February 10, 2022, this Court issued its minute order, (In Chambers) Order Dismissing Action on Notice of Settlement (Dkt. No. 26), wherein the court "order[ed] this action dismissed without prejudice, and order[ed] all proceeding in the case vacated and taken off calendar."

7. NOW THEREFORE, in light of the Parties' agreement, and pursuant to FRCP 23, the Parties hereby request that: **(1)** the Court *not* conditionally dismiss this

1 | action at this time, **(2)** all hearings and deadlines be vacated; and **(3)** the Court schedule a forthcoming hearing on the motion for preliminary approval of class action settlement, on its regular motion days of June 13, 27 or as soon thereafter as the Court deems appropriate.

Dated: February 17, 2022

**MELMED LAW GROUP P.C.**

/s/ Kyle D. Smith

**KYLE D. SMITH**
Attorney for Plaintiff, the Putative Class, and the Aggrieved Employees

Dated: February 17, 2022

**SIDLEY AUSTIN LLP**

/s/ Katherine A. Roberts

**KATHERINE A. ROBERTS**
Attorneys for Defendant Liberty Mutual Group Inc.