# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# JS-5

CIVIL MINUTES – GENERAL

Case No. SACV 20-02215-CJC(ADSx)　　　　　　　　　　　　　　Date: February 17, 2022

Title: STEPHEN MARANO V. LIBERTY MUTUAL GROUP, INC.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Dajanae Carrigan/Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　None Present　　　　　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER RESCINDING ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

　　　Plaintiff filed this class action on October 19, 2020. (Dkt. 1-2.) On February 9, 2022, the parties filed a notice of settlement and request to vacate all current deadlines. (Dkt. 25.) The Court errantly issued an order dismissing the action. (Dkt. 26.) On February 17, 2022, the parties filed a stipulation regarding the Court's errant order. (Dkt. 27.) The Court rescinds its order at Dkt. 26, reopens the case, and vacates all hearings and deadlines in this matter. Given that the parties do not yet know when their settlement will be finalized, the Court declines the parties' request to set a hearing date for preliminary approval of the class action settlement. The parties shall file their motion for preliminary approval of class settlement in due course and select a hearing date when such motion is ready.

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk DCA/RRP