# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __8:20-cv-02215-CJC-ADS__                            Date __August 4, 2023__

Title: __Stephan Marano v. Liberty Mutual Group, Inc. et al__

Present: The Honorable __Cormac J. Carney__

| Rolls Royce Paschal | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                              Not Present

---

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated __05/16/2023__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer __rrp__

---

CV-74 (10/08)                         **CIVIL MINUTES -REOPENING/CLOSING**